MALONEY, Appellant, *v.* MANGAN, Respondent.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.

---

GASTON, Appellant, *v.* SEAGER *et al.*, Respondents.

*(Supreme Court, General Term, Fourth Department.* September 19, 1889.)

No opinion. Order reversed, with $10 costs and disbursements.

---

SMITH *v.* BARNUM.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Motion for certificate denied. For decision on appeal, see 3 N. Y. Supp. 476.

---

ROBERTS *et al.*, Respondents, *v.* SMITH *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Judgment modified by deducting therefrom $81, and interest thereon from the 10th day of June, 1888, and, as modified, affirmed, with disbursements on this appeal to the appellant, and without costs to either party of this appeal.

---

KENYON *et al.*, Respondents, *v.* COVERT *et al.*, Appellants.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Motion denied. For decision on appeal, see 7 N. Y. Supp. 34.

---

JONES, Respondent, *v.* JONES, Appellant.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Judgment affirmed, with costs.

---

DRYER, Respondent, *v.* BROWN, Appellant.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Order of October 22, 1889, order of June 18, 1889, order of July 2, 1889, and order of July 23, 1889, reversed, with $10 costs and disbursements. For former report, see 5 N. Y. Supp. 486.

---

BENNETT, Respondent, *v.* DONEY, Appellant.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Order reversed, with $10 costs and disbursements, and the judgment restored as originally entered.

---

CASE, Respondent, *v.* TARBLE, Appellant.

*(Supreme Court, General Term, Fourth Department.* November, 1889.)

No opinion. Order affirmed, with $10 costs and disbursements.